FILED

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0022

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0022

ERIC VALLEJO,

    Petitioner and Appellant,

  v.

STATE OF MONTANA,
MONTANA DEPARTMENT OF
JUSTICE
MOTOR VEHICLE DIVISION,

    Respondent and Appellee.

ORDER FOR SECOND EXTENSION
OF TIME FOR APPELLANT TO
FILE OPENING BRIEF

   IT IS HEREBY ORDERED that the deadline for the Appellant to file his

opening brief is extended to **May 20, 2020**.

ELECTRONICALLY SIGNED AND DATED BELOW

cc:  Montana Attorney General Tim Fox, Attorney for Appellee

   Lowy Lawy, Attorney for Appellant

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 21 2020